

# Fourth Court of Appeals
## San Antonio, Texas

July 15, 2015

No. 04-15-00217-CV

**FOR THE BEST INTEREST AND PROTECTION OF A.S.,** a Mentally Ill Person,

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2015-MH-0851
Honorable Oscar J. Kazen, Judge Presiding

## O R D E R

This appeal arises from an order to compel psychoactive medications. This court must advance the disposition of this appeal. *See* TEX. HEALTH & SAFETY CODE ANN. §§ 574.070(e), 574.108 (West 2010); TEX. R. APP. P. 2.

The State's brief was due on July 9, 2015. On the due date, the State filed a motion for extension of time to file its brief until July 24, 2015, for an extension of fifteen days.

The State's motion is GRANTED. The State must file its brief with this court not later than July 24, 2015. **NO FURTHER EXTENSIONS OF TIME TO FILE THE STATE'S BRIEF WILL BE GRANTED.**

After the briefs have been filed, this court will advance this appeal on the court's docket in accordance with the statutory requirements. *See* TEX. HEALTH & SAFETY CODE ANN. §§ 574.070(e), 574.108.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of July, 2015.

_____
Keith E. Hottle
Clerk of Court